# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3035

———————

| | |
|---|---|
| Theodis Brown, Sr. | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Eastern |
| | * District of Missouri. |
| St. Louis County | * |
| Civil Service Commission, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: September 4, 2007
Filed: September 13, 2007

———————

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

———————

PER CURIAM.

Theodis Brown, Sr., appeals the district court's[1] dismissal of his pro se civil complaint and denial of his motions for reconsideration. After conducting a de novo review, see Ketchum v. City of West Memphis, 974 F.2d 81, 82-83 (8th Cir. 1992), we conclude that dismissal of the complaint was proper, and we agree with the district court that Brown's Federal Rule of Civil Procedure 59(e) motions were untimely.

———————

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Brown's appellate motion.

_____